BRYDON HUGO & PARKER
  John R. Brydon (Bar No. CA 83365)
  Robert W. Farrell (Bar No. CA 107461)
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone:   (415) 808-0300
Facsimile:   (415) 808-0333

*Attorneys for Plaintiff*
AMANDA FORREST


MANATT, PHELPS & PHILLIPS, LLP
  Gregory N. Pimstone (Bar No. CA 150203)
  Andrew H. Struve (Bar No. CA 200803)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone:   (310) 312-4000
Facsimile:   (310) 312-4224
Email:       astruve@manatt.com

*Attorneys for Defendant*
FORTIS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMANDA FORREST,<br><br>        Plaintiff,<br><br>   vs.<br><br>FORTIS INSURANCE COMPANY;<br>and DOES 1 through 25, inclusive,<br><br>        Defendant. | No.  3:04-CV-05085 (CW)<br><br>**ORDER GRANTING JOINT STIPULATION AMENDING PRETRIAL DATES TO ALLOW FOR EARLY A.D.R.**<br><br>[Fed. R. Civ. Proc. 26(A)(1)]] |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT STIPULATION AND [PROPOSED] ORDER FOR EARLY A.D.R.
CASE NO. 3:04-CV-05085 (CW)

# **RECITALS**

1. The parties to this action are seeking a 60-day continuance of certain pretrial dates, as set forth below, for the purpose of engaging in early A.D.R.

2. This action was filed on November 2, 2004, and was timely removed by defendant Fortis Insurance Company ("FIC").

3. The initial Case Management Conference ("CMC") in this matter was held on April 8, 2005. At the CMC, the parties stipulated to various pretrial dates, which were incorporated into the Court's Civil Minutes (copy attached as Exh. A).

4. Specifically, the parties agreed that this case presents a threshold legal issue of proper interpretation of the insurance policy issued by FIC to Plaintiff, and that early resolution of this issue would materially advance this litigation. The parties proposed to present this issue to the Court by cross-motions for summary judgment. At the CMC, the Court agreed and set the following schedule:

- Defendant's opening brief to be filed by July 1, 2005
- Plaintiff's opposition and cross-motion to be filed by July 15, 2005
- Defendant's reply/opposition to be filed by July 22, 2005
- Plaintiff's surreply to be filed by July 29, 2005
- Hearing and further CMC to be held August 12, 2005, at 10:00 a.m.

(See attached Civil Minutes, Ex. A). The Court also set a mediation completion deadline of September 30, 2005, in the event that the action is not resolved in its entirety by the cross-motions.

4. Since the April 8, 2005 CMC, the parties have engaged in preliminary settlement discussions, which have included a demand by plaintiff made at FIC's request. Although much remains to be done, the parties have decided that it would potentially be fruitful to engage in formal ADR <u>before</u> litigating the issue(s) to be presented by the scheduled cross-motions – a suggestion which, indeed, the Court had made <u>sua</u> <u>sponte</u> at the April 8, 2005 CMC.

5.  The parties are currently in the process of arranging a formal mediation session. Because of the schedules of the parties' representatives, counsel, and particularly the very full schedules of the neutrals whom the parties are considering, it will not be possible for the parties to complete the ADR process before the various briefs on the cross-motions for summary judgment will be due under the present schedule.

6.  In order to permit the parties to focus their attention on a negotiated resolution of this action without incurring additional pretrial expense that might prove needless, the parties have stipulated to a 60-day continuance of the briefing on the cross-motions, as recited below. The parties agree that no party will be prejudiced by the requested continuance of these dates, and that the additional time may facilitate potential resolution of disputed issues.

## **STIPULATION**

NOW THEREFORE, it is agreed that:

1.  Defendant's deadline to file its opening brief on summary judgment is extended from July 1, 2005 to September 1, 2005.

2.  Plaintiff's deadline to file her opposition and cross-motion is extended from July 15, 2005 to September 15, 2005.

3.  Defendant's deadline to file its reply/opposition is extended from July 22, 2005 to September 22, 2005.

4.  Plaintiff's deadline to file its surreply is extended from July 29, 2005 to September 29, 2005.

5.  The date of hearing on the cross-motions and further CMC shall be continued from August 12, 2005 to October 12, 2005, or to the earliest subsequent date that the Court is available to hear the matter and conduct the CMC.

Respectfully submitted:

| | | |
|---|---|---|
| Dated: June 13, 2005 | | BRYDON HUGO & PARKER |
| | By: | s/ Robert W. Farrell |
| | | Robert W. Farrell |
| | | *Attorneys for Plaintiff* AMANDA FORREST |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Andrew H. Struve hereby attests that concurrence in the filing of this document has been obtained.*

| | | |
|---|---|---|
| Dated: June 13, 2005 | | MANATT, PHELPS & PHILLIPS, LLP |
| | By: | s/ Andrew H. Struve |
| | | Andrew H. Struve |
| | | *Attorneys for Defendant* FORTIS INS. CO. |

## ORDER

Based upon the representations of counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. Defendant's deadline to file its opening brief on summary judgment is extended from July 1, 2005 to September 1, 2005.

2. Plaintiff's deadline to file her opposition and cross-motion is extended from July 15, 2005 to September 15, 2005.

3. Defendant's deadline to file its reply/opposition is extended from July 22, 2005 to September 22, 2005.

4. Plaintiff's deadline to file her surreply is extended from July 29, 2005 to September 29, 2005.

5. The date of hearing on the cross-motions and further CMC shall be continued from August 12, 2005, at 10:00 a.m. to **October 14, 2005, at 10:00 a.m.**

Dated: June 17, 2005        /s/ CLAUDIA WILKEN

_____
UNITED STATES DISTRICT JUDGE

40890056.1