| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | Gregory N. Pimstone (Bar No. CA 150203) |
| 2 | Andrew H. Struve (Bar No. CA 200803) |
| | 11355 West Olympic Boulevard |
| 3 | Los Angeles, CA 90064-1614 |
| | Telephone: (310) 312-4000 |
| 4 | Facsimile: (310) 312-4224 |
| | Email: astruve@manatt.com |
| 5 | |
| | *Attorneys for Defendant* |
| 6 | FORTIS INSURANCE COMPANY |

**FILED**

AUG 3 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**

AUG 1 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | | |
|---|---|---|
| 12 | AMANDA FORREST, | No. 3:04-CV-05085 (CW) |
| 13 | Plaintiff, | Hon. Claudia Wilken |
| 14 | vs. | **STIPULATION OF DISMISSAL** |
| 15 | FORTIS INSURANCE COMPANY; and DOES 1 through 25, inclusive, | |
| 16 | | |
| 17 | Defendant. | |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION OF DISMISSAL
CASE NO. 3:04-CV-05085 (CW)

1   IT IS HEREBY STIPULATED by and between the parties, through their
2   respective counsel of record, that this matter be and hereby is dismissed with prejudice in
3   its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: August 10, 2005                BRYDON HUGO & PARKER

                                      By: /s/ Robert W. Farrell
                                      Robert W. Farrell
                                      *Attorneys for Plaintiff*
                                      Amanda Forrest

Dated: August 10, 2005                MANATT, PHELPS & PHILLIPS, LLP

                                      By: /s/ Andrew H. Struve
                                      Andrew H. Struve
                                      *Attorneys for Defendant*
                                      Fortis Insurance Company

## ORDER

Pursuant to the parties' stipulation, this matter shall be and hereby is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

AUG 30 2005                           /s/ Claudia Wilken
                                      United States District Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

40906913.1                              2
                                                        STIPULATION OF DISMISSAL
                                                        CASE NO. 3:04-CV-05085 (CW)
                                                        ** TOTAL PAGE.07 **